IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-MJ-392-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) |
| | ) |
| MICROSOFT CORPORATION FOR | ) |
| INFORMATION ASSOCIATED WITH | ) |
| MICROSOFT E-MAIL ACCOUNTS | ) |
| CJ@EARTHWATER.COM AND | ) |
| BB@EARTHWATER.COM | ) |
| | ) |
| GOOGLE, INC. FOR INFORMATION | ) |
| ASSOCIATED WITH GOOGLE, INC. | ) |
| E-MAIL ACCOUNTS | ) |
| CJCOMU@GMAIL.COM AND | ) |
| EARTHWATER.DAN@GMAIL.COM | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Seal" (Document No. 8) filed December 6, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Applications contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Seal" (Document No. 8) is **GRANTED**, and the Applications (Document Nos. 9 and 10) are sealed until further Order of this Court.

Signed: December 6, 2018

David C. Keesler
United States Magistrate Judge