# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH WARRANT OF GOOGLE, INC. FOR INFORMATION ASSOCIATED WITH GOOGLE, INC. E-MAIL ACCOUNTS CJCOMU@GMAIL.COM AND EARTHWATER.DAN@GMAIL.COM | Case No. 3:17-mj-392-DCK<br><br>Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order granting a ninety-day extension of the Court's order dated December 6, 2018 (attached hereto as Exhibit A) commanding GOOGLE INC., an electronic communications service provider and/or a remote computing service, not to notify any person, including the subscribers or customers of the accounts listed in the search warrant of the existence of the attached search warrant (the "Search Warrant") (attached here as Exhibit B).

The Court determines that there is reason to believe that notification of the existence of the Search Warrant will seriously jeopardize the prosecution of certain individuals, including by giving defendants who have not been arrested an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or notify confederates who are presently outside the United States and may not return to the United States if they were alerted to the existence of the Search Warrant. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

**IT IS, THEREFORE, ORDERED** under 18 U.S.C. § 2705(b) that GOOGLE INC. shall not disclose the existence of the Search Warrant until June 10, 2019, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that GOOGLE INC. may disclose the Search Warrant to an attorney for GOOGLE INC. for the purpose of receiving legal advice.

**IT IS FURTHER ORDERED** that the application and this Order are sealed until otherwise ordered by the Court.

Signed: March 8, 2019

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.