# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | CASE NO. 3:17mj392-2 |
| | ) | |
| MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH MICROSOFT E-MAIL ACCOUNTS CJ@EARTHWATER.COM AND BB@EARTHWATER.COM | ) ) ) ) ) ) | |
| GOOGLE, INC. FOR INFORMATION ASSOCIATED WITH GOOGLE, INC. E-MAIL ACCOUNTS CJCOMU@GMAIL.COM AND EARTHWATER.DAN@GMAIL.COM | ) ) ) ) ) ) | CASE NO. 3:17mj392-1 |
| MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH CERTAIN MICROSOFT CORPORATION E-MAIL ACCOUNTS | ) ) ) ) ) | CASE NO. 3:18mj171-5 |
| GOOGLE, INC. FOR INFORMATION ASSOCIATED WITH CERTAIN GOOGLE, INC. E-MAIL ACCOUNTS | ) ) ) ) | CASE NO. 3:18mj171-4 |
| OATH HOLDINGS, INC. FOR INFORMATION ASSOCIATED WITH OATH HOLDINGS, INC. E-MAIL ACCOUNTS RICHKAY17@YAHOO.COM AND HIGHPLAINS88@YAHOO.COM | ) ) ) ) ) ) | CASE NO. 3:18mj171-3 |
| APPLE, INC. FOR INFORMATION ASSOCIATED WITH APPLE, INC. E-MAIL ACCOUNT MERVYNPRICE@ICLOUD.COM | ) ) ) ) ) | CASE NO. 3:18mj171-2 |
| WEB.COM GROUP INC./NETWORK SOLUTIONS, LLC FOR INFORMATION ASSOCIATED WITH WEB.COM E-MAIL ACCOUNT HYDRO@CAPITAL360.C0M | ) ) ) ) ) | CASE NO. 3:18mj171-1 |
| GOOGLE, INC. FOR INFORMATION ASSOCIATED WITH CERTAIN GOOGLE, INC. E-MAIL ACCOUNTS | ) ) ) | CASE NO. 3:18mj302-1 |

| | | |
|---|---|---|
| MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH MICROSOFT CORPORATION E-MAIL ACCOUNT AROWJET@HOTMAIL.COM | ) ) ) ) ) | CASE NO. 3:18mj302-2 |
| OATH HOLDINGS, INC. FOR INFORMATION ASSOCIATED WITH OATH HOLDINGS, INC. E-MAIL ACCOUNT ARROWDUPLAIN@YAHOO.COM | ) ) ) ) ) ) | CASE NO. 3:18mj302-3 |
| DROPBOX, INC. FOR INFORMATION ASSOCIATED WITH CERTAIN DROPBOX ACCOUNTS | ) ) ) ) | CASE NO. 3:18mj170 |
| A CERTAIN ELECTRONIC DEVICE DESCRIBED IN ATTACHMENT A, CURRENTLY LOCATED AT 2300 YORKMONT ROAD, CHARLOTTE, NORTH CAROLINA 28217 | ) ) ) ) ) ) | CASE NO. 3:17mj391 |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Unseal" (Document No. 18) filed June 17, 2018. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Unseal" (Document No. 18) is **GRANTED**.

Signed: June 26, 2019

David C. Keesler
United States Magistrate Judge